# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Andrea R. Wood is presiding over coordinated pretrial proceedings and Magistrate Judge Sheila M. Finnegan has been designated in a set of cases pursuant to an Executive Committee order dated July 12, 2018; and

It further appearing that the cases listed below are within the scope of those pretrial proceedings; therefore

It is hereby ordered that Judge Wood shall preside over the pretrial proceedings in the cases listed below, and

It is further ordered that Magistrate Judge Finnegan shall be the designated magistrate judge in these cases; and

It is further ordered that these cases shall remain pending on the calendar of the judge to whom it is currently assigned, and that an order be entered in each case by Judge Wood at such time as coordinated pretrial proceedings have concluded.

| Case | Case Title | Judge |
|---|---|---|
| 18 CV 5119 | *Gibbs v. City of Chicago* | Wood |
| 18 CV 5120 | Gipson v. City of Chicago | Castillo |
| 18 CV 5121 | Jackson v. City of Chicago | Bucklo |
| 18 CV 5122 | Sanders v. City of Chicago et al | Tharp Jr. |
| 18 CV 5123 | James v. City of Chicago et al | Bucklo |
| 18 CV 5124 | Jefferson v. City of Chicago et al | Lefkow |
| 18 CV 5125 | Saunders v. City of Chicago et al | Lee |
| 18 CV 5126 | McDaniels v. City of Chicago et al | Gottschall |
| 18 CV 5127 | McNairy v. City of Chicago et al | Chang |
| 18 CV 5128 | Scott v. City of Chicago et al | Durkin |
| 18 CV 5129 | Rainey v. City of Chicago et al | Castillo |
| 18 CV 5130 | Smith v. City of Chicago et al | Kennelly |
| 18 CV 5131 | Thomas v. City of Chicago et al | Gettleman |
| 18 CV 5132 | Thomas v. City of Chicago et al | Aspen |
| 18 CV 5133 | White v. City of Chicago et al | Wood |

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE:**

_____
Chief Judge Rubén Castillo

Dated at Chicago, Illinois this 24th day of August, 2018